UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT LEXINGTON**

UNITED STATES OF AMERICA,     )
    )
    Plaintiff,     ) Criminal Action No. 5:02-111-JMH
    )
v.     )
    )
GREGORY DAVIS,     )
    )     **MEMORANDUM OPINION & ORDER**
    Defendant.     )

** ** ** ** ** ** ** ** **

Defendant Gregory Davis has filed a petition for a writ of error coram nobis under the All Writs Act, 28 U.S.C. § 1651 [DE 261]. The writ of coram nobis is, however, unavailable to Defendant Davis because he remains in custody due to the challenged conviction at this time.

As explained in *United States v. Nagalingam*, 114 Fed. App'x 653, 654 (6th Cir. 2004):

> Although there is some question as to the continued viability of the writ of error coram nobis, *see United States v. Beggerly*, 524 U.S. 38, 45, 118 S.Ct. 1862, 141 L.Ed.2d 32 (1998), it appears that it has been abolished only in civil actions. It survives in criminal actions where . . . relief under 28 U.S.C. § 2255 is not available because the petitioner is not in custody pursuant to the challenged conviction. *See Carlisle v. United States*, 517 U.S. 416, 429, 116 S.Ct. 1460, 134 L.Ed.2d 613 (1996); [*United States v.*] *Johnson*, 237 F.3d [751,] 754 [(6th Cir. 2001)].

Accordingly, **IT IS ORDERED** that Defendant's petition for a writ of error coram nobis [DE 261] is **DENIED.**

This the 3rd day of November, 2011.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge